# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEANOR BURKE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G-B-F STANTON, a California corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:20-cv-01044-JLS-KES<br><br>JUDGMENT |

It is hereby ordered and adjudged that Plaintiff ELEANOR BURKE shall have JUDGMENT in her favor in the amount against Defendant G-B-F STANTON, a California corporation ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendant from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 7108 Katella Ave., Stanton, CA 90680 to the extent that such remediation is readily achievable;

(2) Attorneys' fees in the amount of $2,250.00; and

(3) Eligible costs under Local Rule 54-3.

DATED: March 17, 2021

_____
Hon. Josephine L. Staton
United States District Judge